Maureen Gaughan
PO Box 6729
Chandler, AZ 85246-6729
(480) 899-2036

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| WILSON, MARSHALL J. | ) | CASE NO. 09-01517-PHX-SSC |
| WILSON, DONNA L. | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

Maureen Gaughan, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1009 | 02/02/10 | TCM BANK NA<br>PO BOX 31481<br>TAMPA, FL 33631 | $326.37 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $326.37 to the Clerk of Court to be deposited in the Registry thereof.

July 2, 2010                            /S/Maureen Gaughan
   DATE                                 Maureen Gaughan, Trustee